**Order entered December 5, 2017**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-17-00289-CR

---

### LEONARD MORNES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-75949-S

---

## ORDER

We **REINSTATE** this appeal.

On October 11, 2017, we abated this appeal and ordered the trial court to hold a hearing regarding the status of appellant's brief. On November 22, 2017, we received the trial court's findings. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue this appeal; and (2) appointed counsel Christian Souza has failed to file a brief due to his appellate docket workload and represents that he needs additional time.

We **ORDER** appellant's brief filed on or before **JANUARY 12, 2018.** We caution Mr. Souza that the failure to file a brief by that date will result in his removal from this appeal without further notice.

/s/    ADA BROWN
       JUSTICE